```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE PETITION OF ORGANIZED CRIME
AND CORRUPTION REPORTING
PROJECT,

               Applicant,

FOR AN ORDER GRANTING LEAVE TO
ISSUE SUBPOENAS TO BSG
RESOURCES LTD., ALVAREZ &
MARSAL HOLDINGS, LLC, CLEARY
GOTTLIEB STEEN AND HAMILTON LLP,
THE MARGINALISED AFFECTED
PROPERTY OWNERS ASSOCIATION,
AND EARTHRIGHTS INTERNATIONAL
FOR TAKING OF DISCOVERY
PURSUANT TO 28 U.S.C. § 1782.

No. 23-mc-172 (RA)

ORDER OF REFERENCE

RONNIE ABRAMS, United States District Judge:

    This action is referred to Magistrate Judge Moses for the following purpose:

|   |   |   |   |
|---|---|---|---|
|   | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) |   | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| X | Specific Non-Dispositive Motion/Dispute: **Application pursuant to 28 U.S.C. § 1782 to Obtain Discovery in Aid of a Foreign Proceeding** |   | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
|   | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: |   | Habeas Corpus |
|   | Settlement |   | Social Security |
|   | Inquest After Default/Damages Hearing |   | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

SO ORDERED.

Dated:    June 20, 2023
            New York, New York

                                                       Hon. Ronnie Abrams
                                                       United States District Judge